# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-MC-00002-GCM-DSC

| | |
|---|---|
| DALE DOROW et. al., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILIPS MEDICAL SYSTEMS | ) |
| NEDERLAND, B.V. et. al., | ) |
| | ) |
| Respondents. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Lora A. Brzezynski]" (document # 5) filed May 20, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: May 20, 2019

David S. Cayer
United States Magistrate Judge